# **EXHIBIT INDEX**

1   Copy of February 27, 2008 letter from Citibank, N.A. to Lyndsey M. Davis

2   Copy of July 16, 1997 letter from Citibank (New York State) to Lawrence Stewart Davis

3   Copy of May 26, 2006 letter from Lyndsey M.D. Kimber to Citibank Student Loan Corporation

4   Copy of November 8, 2006 letter from Citibank, N.A. to Lyndsey M. Davis

5   Copy of Lyndsey Kimber's November 2006 monthly loan statement

6   Copy of Lyndsey Kimber's loan history from September 2004-July 2009

7   Copy of Lyndsey Kimber's loan history from October 1998-July 2009

8   Copy of Lyndsey Davis student loan application

9   Copy of December 16, 2009 letter from Lyndsey Kimber Olson to Citibank

10  Copy of December 30, 2009 letter from Citibank, N.A. to Lyndsey M. Davis-Kimber