# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Ms. Lyndsey M.D. Olson

        Plaintiff,               Civil 010-2992 (PAM/JJG)

v.

                       **ORDER OF REFERRAL**

Citibank (New York), et al

        Defendants.

_____

In regard to the above-entitled matter, the Court hereby designates the Motion for Preliminary Approval of the Class Settlement to be heard by United States Magistrate Judge Jeanne J. Graham, pursuant to Title 28 USC 636(b)(1)(B). Magistrate Judge Jeanne J. Graham shall submit to the Court a report and recommendation for the disposition thereof.

    IT IS SO ORDERED:

                                        BY THE COURT:

Dated: January   25  , 2012

                                        s/Paul A. Magnuson
                                        Paul A. Magnuson
                                        United States District Court Judge