UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MS. LYNDSEY M.D. OLSON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CITIBANK (New York State), CITIBANK, N.A., and THE STUDENT LOAN CORPORATION,<br><br>Defendants. | Civil No. 10-2992 (PAM/JJG)<br><br><br><br>**ORDER** |

On November 9, 2011, the parties participated in a settlement conference with the Court and reached a resolution of this class matter. On January 25, 2012, District Judge Paul A. Magnuson issued an order referring any Motion for Preliminary Approval of Class Settlement to the undersigned (Doc. No. 38). On February 14, 2012, the hearing was continued to March 22, 2012 at 11:00 a.m. based on a request by the parties (Doc. No. 40). On February 23, 2012 and March 1, 2012, the Court held status conferences with the parties to assist with disputes related to the settlement documents. As a result of those conferences, it became clear that the hearing needs to be rescheduled.

**IT IS HEREBY ORDERED** that the hearing on preliminary approval of the class settlement will now take place before the undersigned on **March 27, 2012 at 2:00 p.m. in Courtroom 3B**, Warren E. Burger Federal Building and U.S. Courthouse, 316 North Robert Street, Saint Paul, Minnesota.

Dated: March 2, 2012

    s/ *Jeanne J. Graham*
JEANNE J. GRAHAM
United States Magistrate Judge